**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7441**

DON MITCHELL WILBORN,

 Petitioner - Appellant,

 v.

H. JOYNER, Warden,

 Respondent - Appellee.

**No. 18-7443**

WENDEL ROBERT WARDELL, JR.,

 Petitioner - Appellant,

 v.

H. JOYNER, Warden,

 Respondent - Appellee.

Appeals from the United States District Court for the District of South Carolina, at Rock Hill. David C. Norton, District Judge. (0:18-cv-01565-DCN, 0:18-cv-01566-DCN)

Submitted: July 9, 2019                    Decided: November 27, 2019

Before DIAZ and RICHARDSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Don Mitchell Wilborn, Wendel Robert Wardell, Jr., Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, federal prisoners Don Mitchell Wilborn and Wendel Robert Wardell, Jr., appeal the district court's orders accepting the recommendations of the magistrate judge and dismissing without prejudice their 28 U.S.C. § 2241 (2012) petitions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wilborn v. Joyner*, No. 0:18-cv-01565-DCN (D.S.C. Nov. 8, 2018); *Wardell v. Joyner*, 0:18-cv-01566-DCN (D.S.C. Nov. 8, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*